```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: Apr 29, 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

ALIMZHAN TOKHTAKHOUNOV, et al.,

    Defendants.

------------------------------------------------------------------X

**STIPULATION OF
SUBSTITUTION
OF COUNSEL**

13 CR 268 (JMF)

    IT IS HEREBY STIPULATED, CONSENTED AND AGREED by the undersigned that JEFFREY LICHTMAN, ESQ., Law Offices of Jeffrey Lichtman, 750 Lexington Avenue, 15th Floor, New York, New York 10022 is substituted as attorney for defendant ANATOLY GOLUBCHIK in place and instead of JONATHAN BACH, ESQ., Cooley LLP, 1114 Avenue of the Americas, New York, New York 10036.

Dated: New York, New York
       April 25, 2013

_____
JEFFREY LICHTMAN
Substituted Attorney for Defendant

_____
JONATHAN BACH
Former Attorney for Defendant

SO ORDERED:

_____
Hon. Jesse M. Furman, U.S.D.J.

April 29, 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

ALIMZHAN TOKHTAKHOUNOV, et al.,

    Defendants.

------------------------------------------------------------------X

**AFFIDAVIT**

13 CR 268 (JMF)

STATE OF NEW YORK  )
                            ) ss:
COUNTY OF NEW YORK  )

    **JEFFREY LICHTMAN** being duly sworn, deposes and states under penalty of perjury:

    1.    I am the principal of the Law Offices of Jeffrey Lichtman, located at 750 Lexington Avenue, 15th Floor, New York, New York. My office has been retained by Anatoly Golubchik to defend him in connection with the above-captioned case.

    2.    I respectfully submit this Affidavit pursuant to Local Rule 1.4 in support of my application to replace Jonathan Bach as Mr. Golubchik's attorney.

    3.    Mr. Golubchik's case is presently pending before the Hon. Jesse M. Furman and is scheduled to begin trial on June 9, 2014. Additionally, Judge Furman has scheduled a hearing for April 29, 2013 to address Mr. Golubchik's bail, as set by Judge Debra Freeman on April 24, 2013.

                                                                     JEFFREY LICHTMAN

Sworn to before me this
29 day of April, 2013

Notary Public

JACLYN WISHNIA
Notary Public, State of New York
No. 01W163232779
Commission Expires December 13, 2014

## CERTIFICATE OF SERVICE

**JEFFREY EINHORN** declares under penalty of perjury:

1.  I am over 18 years old and not a party to this action;

2.  On April 29, 2013, I caused a copy of the Stipulation of Substitution of Counsel and accompanying Affidavit in <u>United States v. Tokhtakhounov, et al.</u>, 13 CR 268 (JMF) to be delivered via email to:

> **JOSHUA NAFTALIS, ESQ.**
> **HARRIS FISCHMAN, ESQ.**
> **ASSISTANT UNITED STATES ATTORNEYS**
> SOUTHERN DISTRICT OF NEW YORK
> ONE SAINT ANDREW'S PLAZA
> NEW YORK, NEW YORK 10007

Dated:   New York, New York
         April 29, 2013

_____
JEFFREY EINHORN