**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 26, 2013



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: Apr 29, 2013

BY E-MAIL

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 2202
New York, New York  10007

      Re:    United States v. Alimzhan Tokhtakhounov et al.,
              13 Cr. 268 (JMF)

Dear Judge Furman:

      On Your Honor's referral, a bail hearing for defendant Anatoly Golubchik was held before Magistrate Judge Debra Freeman on April 24, 2013.  At that hearing, Judge Freeman granted the defendant bail on the following conditions:

- a $10,000,000 personal recognizance bond, to be co-signed by five financially responsible persons and to be secured by property at (1) 900 Palisades Avenue, Fort Lee, New Jersey, and (2) 100 Ocean Drive West, Brooklyn, New York;
- travel restricted to the Southern and Eastern Districts of New York and the District of New Jersey;
- the defendant to surrender all travel documents and make no new applications;
- strict Pre-Trial supervision;
- home incarceration, electronic monitoring, and GPS monitoring;
- the defendant to have no new computers in his residence without notice to the Government and leave of the Court;
- the defendant and his family to consent to the monitoring of all phones in the defendant's residence by the Government;
- no internet access in the defendant's residence without notice to the Government and leave of the Court;
- the defendant to use only one designated phone at his residence to the extent that he needs to use a phone; and
- the defendant to be detained until all conditions are met (including confirmation of no internet access).

      As Your Honor is aware, the Government requested a stay of Judge Freeman's Order so that the Government could appeal to Your Honor, which stay Judge Freeman granted

on April 24, 2013.  You Honor is scheduled to hear the appeal on Monday, April 29, 2013 at 11:00 a.m.  In advance of that hearing, attached is a transcript of the hearing held before Judge Freeman.

                Respectfully submitted,

                PREET BHARARA
                United States Attorney

By:    _____
        Joshua A. Naftalis / Harris M. Fischman
        Assistant United States Attorneys
        (212) 637-2310 / 2305

Attachment

cc:    Jeffrey Lichtman, Esq.