```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                    :
UNITED STATES OF AMERICA                            :
                                                    :
    v.                                              :        13 Cr. 268 (JMF)
                                                    :
ANATOLY GOLUBCHIK,                                  :        ORDER
                                                    :
                Defendant.                          :
                                                    :
------------------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: Apr 29, 2013
```

JESSE M. FURMAN, United States District Judge:

For the reasons stated on the record earlier today, the Government's challenge to the bail conditions set by Magistrate Judge Freeman on April 24, 2013, is rejected.  Accordingly, the stay granted by Magistrate Judge Freeman is lifted and the conditions set by her are continued.

SO ORDERED.

Dated: April 29, 2013
       New York, New York

_____
JESSE M. FURMAN
United States District Judge